NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEWEY W. LAWSON,**
*Claimant-Appellant*

**v.**

**ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2017-2387

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 15-4598, Judge Mary J. Schoelen.

---

Before NEWMAN, SCHALL, and WALLACH, *Circuit Judges.*

PER CURIAM.

## O R D E R

In a Joint Status Report submitted on March 29, 2019, the parties expressed their views regarding the impact of *Procopio v. Wilkie*, 913 F.3d 1371 (Fed. Cir. 2019), on this case. Following *Procopio*, Congress enacted, and the President signed, the Blue Water Navy Vietnam Veterans Act of 2019 (Pub. L. No. 116-23, 133 Stat. 966 (2019) ("the Act")). We now remand for determination of Mr. Lawson's entitlement to the presumption of service connection.

IT IS ORDERED THAT:

(1) The case is remanded to the United States Court of Appeals for Veterans Claims. On remand, the court is to stay the case pending review by the Board of Veterans Appeals of any claim by Mr. Lawson for entitlement to the presumption of service connection under *Procopio* and the Act. Mr. Lawson shall be provided with appropriate assistance in expeditiously resolving his claim.

(2) Each side shall bear its own costs.

FOR THE COURT

November 21, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court